UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20454-CR-BLOOM/TORRES

IN RE SEALED INDICTMENT
_____/

FILED BY ___MP___ D.C.
Nov 28, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO SEAL

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully requests that the Indictment, arrest warrant(s), and any resulting order be SEALED until the arrest of the first defendant or until further order of this Court, excepting the United States Attorney's Office and any relevant law enforcement agency, which may obtain copies of the Indictment, arrest warrant(s), or other sealed documents for purposes of arrest, extradition, or any other necessary cause, for the reasons that some of the named defendants may flee, the safety of the arresting officers could be compromised, and the integrity of an ongoing investigation may be compromised should knowledge of this Indictment become public. The Assistant United States Attorney is prepared to provide further information *in camera* should the Court so require.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: _____
ELI RUBIN
Assistant United States Attorney
Court ID No. A5503535
United States Attorney's Office
99 Northeast Fourth Street
Miami, Florida 33132
Tel.: 305-961-9247
Email: Eli.Rubin@usdoj.gov