UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20454-CR-BLOOM/TORRES

IN RE SEALED INDICTMENT
_____/

FILED BY ___MP___ D.C.
Nov 28, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## SEALED ORDER

The United States of America, having applied to this Court for an Order sealing the Indictment, arrest warrant(s), and this Order, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Indictment, arrest warrant(s), and this Order shall be filed under seal until the arrest of the first defendant or until further order of this Court, however, the United States Attorney's Office and any relevant law enforcement agency may obtain copies of the Indictment, arrest warrant(s), or other sealed documents for purposes of arrest, extradition, or any other necessary cause.

**DONE AND ORDERED** in chambers at Miami, Florida, this 28 day of November, 2023.

_____
HONORABLE EDWIN G. TORRES
UNITED STATES CHIEF MAGISTRATE JUDGE

cc: Eli Rubin, AUSA