UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20454-BLOOM/TORRES

UNITED STATES OF AMERICA,

v.                                                              **UNDER SEAL**

FRANCISCO ROBERTO COSENZA
CENTENO,

        **Defendant.**
_____/

**SEALED ORDER**

It is **ORDERED and ADJUDGED** that the Government's Motion, **ECF No. [5]**, is **GRANTED**. The Indictment and arrest warrant as to Defendant Francisco Roberto Cosenza Centeno in the above-captioned case be unsealed for the limited purpose of permitting the United States to disclose those documents to law enforcement and other government personnel, including those of a foreign government, as necessary to assist in the location, apprehension, and extradition of the defendant to the United States. For all other purposes, the Indictment and arrest warrants in this case shall remain sealed, except to the extent disclosure is permitted pursuant to a prior order of the Court.

**DONE AND ORDERED** in Chambers at Miami, on December 12, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**