UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20454-CR-BLOOM/TORRES

UNITED STATES OF AMERICA

vs.

CARL ALAN ZAGLIN,
ALDO NESTOR MARCHENA,
FRANCISCO ROBERTO COSENZA CENTENO,

**Defendants.**
_____/

**NOTICE OF APPEARANCE**

COMES NOW, the United States of America, by and through the undersigned Department of Justice Trial Attorney, hereby gives notice that the undersigned Department of Justice Trial Attorney, Peter Cooch, has been assigned to the above-captioned case.

        Respectfully submitted,

        GLENN S. LEON
        CHIEF, FRAUD SECTION
        CRIMINAL DIVISION
        DEPARTMENT OF JUSTICE

        /s/ *Peter Cooch*
        Peter Cooch
        Trial Attorney
        Court ID No. A5502804
        Criminal Division, Fraud Section
        U.S. Department of Justice
        1400 New York Avenue, N.W.
        Washington, D.C. 20005
        Phone: (202) 924-6259
        Peter.Cooch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on January 5, 2024, I electronically filed and served this document via CM/ECF.

/s/ *Peter Cooch*
Peter Cooch
Trial Attorney
Court ID No. A5502804
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 924-6259
Peter.Cooch@usdoj.gov