UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Case Transfers to
**District Judge Jacqueline Becerra**

*Storey Mountain, LLC v. Del Amo et al.*, Case No: 23cv21742

*Jayakumar v. Osinkowska*, Case No: 23cv21846

*Muller v. Zaibet et al.*, Case No: 23cv22276

*Quintana v. American Fire Sprinkler Servs., LLC*, Case No: 23cv22568

*Chep USA v. Cienfuegos Pallets Corp.*, Case No: 23cv22749

*Commodity Futures Trading Comm'n v. Pulido et al.*, Case No: 23cv23703

*Evans v. ChildNet, Inc.*, Case No: 23cv23725

*Innovative Sports Management, Inc. v. Noreiga et al.*, Case No: 23cv23821

*Rubio v. Algo Capital, LLC et al.*, Case No: 23cv24476

*Levison v. West Capital Lending, Inc.*, Case No: 23cv24939

*Sizemore et al. v. Ronaldo*, Case No: 23cv24481

*Rothfos v. H&H Coffee Investments, LLC et al.*, Case No: 22cv24000

*USA v.Yorkey Bernardo De La Cruz-Feliz et al* , Case No: 23-cr-20426

*USA v. Carl Alan Zaglin et al*, Case No: 23-cr-20454

## ORDER OF REASSIGNMENT

The above-styled cases have been selected by the Clerk of Court utilizing a random

selection procedure to ensure the fair and impartial reassignment of cases from the undersigned

District Judge to the newly appointed **District Judge Jacqueline Becerra.** Prior to executing

this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions

that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03-2.05.04).

It is **ORDERED** that the above-styled actions are hereby **REASSIGNED** to the calendar of the **Honorable Jacqueline Becerra** as of **March 1, 2024** for all further proceedings. It is further **ORDERED** that all currently pending hearings set before the undersigned Judge are **TERMINATED** and are to be rescheduled by **District Judge Jacqueline Becerra.** It is further **ORDERED** all deadlines will **REMAIN IN EFFECT** unless altered by **District Judge Jacqueline Becerra**. It is further **ORDERED** that all papers hereafter filed shall bear the assigned case number followed by the initials **JB** in lieu of the present initials.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 1, 2024.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies To: