UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>23-20454-CR-BECERRA</u>

**UNITED STATES OF AMERICA**

vs.

**CARL ALAN ZAGLIN,
ALDO NESTOR MARCHENA,
FRANCISCO ROBERTO COSENZA CENTENO,**

        **Defendants.**
_____/

<u>**NOTICE OF APPEARANCE**</u>

COMES NOW, the United States of America, by and through the undersigned Department of Justice Trial Attorney, hereby gives notice that the undersigned Department of Justice Trial Attorney, Shy Jackson, has been assigned to the above-captioned case and hereby appears as co-counsel for the United States.

    Respectfully submitted,

    GLENN S. LEON
    CHIEF, FRAUD SECTION
    CRIMINAL DIVISION
    DEPARTMENT OF JUSTICE

    <u>/s/ *Shy Jackson*</u>
    Shy Jackson
    Trial Attorney
    Court ID No. A5503238
    Criminal Division, Fraud Section
    U.S. Department of Justice
    1400 New York Avenue, N.W.
    Washington, D.C. 20005
    Phone: (202) 669-2675
    Shy.Jackson2@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that, on July 11, 2024, I electronically filed and served this document via CM/ECF.

          /s/ *Shy Jackson*
          Shy Jackson
          Trial Attorney
          Court ID No. A5503238
          Criminal Division, Fraud Section
          U.S. Department of Justice
          1400 New York Avenue, N.W.
          Washington, D.C. 20005
          Phone: (202) 669-2675
          Shy.Jackson2@usdoj.gov