# MINUTE ORDER

Page 7

## Chief Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5    Date: 11/1/24    Time: 1:30 p.m.

Defendant: Aldo Nestor Marchena    J#: 25824-104    Case #: 23-CR-20454-BLOOM

AUSA: Lacee Monk    Attorney: Jose Castenada

Violation: Conspiracy to Violate the Foreign Corrupt Practices Act, Conspiracy to commit Money Laundering, Money Laundering &Engaging in transaction in criminally derived property   **Arrest Date: 10/31/24  YOB: 1973**

Proceeding: Initial Appearance    CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond:

**Bond Set** *Pretrial Detention - STIP*    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:

Counsel has filed a **PERMANENT** Notice of Appearance – DE 48.

**Joint Motion to hold Defendant in Pretrial Detention, with the right to revisit** – GRANTED

**Defendant Arraigned**

*Reading of Indictment Waived*

*Not Guilty Plea Entered*

*Jury Trial Demanded*

*Standing Discovery Order Requested*

**Due Process Protection Act Oder Issued (Brady)**

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 14:01:38    Time in Court: 2

s/Edwin G. Torres    Chief Magistrate Judge