UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>23-20454-CR-BECERRA</u>

**UNITED STATES OF AMERICA**

vs.

**CARL ALAN ZAGLIN,
ALDO NESTOR MARCHENA,
FRANCISCO ROBERTO COSENZA CENTENO,**

**Defendants.**
_____/

<u>**NOTICE OF APPEARANCE**</u>

COMES NOW, the United States of America, by and through the undersigned Department of Justice Trial Attorney, hereby gives notice that Department of Justice Trial Attorney, Shalin Nohria, has been assigned to the above-captioned case.

        Respectfully submitted,

        GLENN S. LEON
        CHIEF, FRAUD SECTION
        CRIMINAL DIVISION
        DEPARTMENT OF JUSTICE

        <u>/s/ *Shalin Nohria*</u>
        Shalin Nohria
        Trial Attorney
        D.C. Bar 1644392
        Criminal Division, Fraud Section
        U.S. Department of Justice
        1400 New York Avenue, N.W.
        Washington, D.C. 20005
        Phone: (202) 355-5704
        Shalin.Nohria2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 4, 2025, I electronically filed and served this document via CM/ECF.

/s/ *Shalin Nohria*
Shalin Nohria
Trial Attorney
D.C. Bar 1644392
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 355-5704
Shalin.Nohria2@usdoj.gov