UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20454-CR-BECERRA

UNITED STATES OF AMERICA

v.

ALDO NESTOR MARCHENA,

      Defendant.
_____/

## WAIVER OF SPEEDY TRIAL

Defendant, Aldo Nestor Marchena (Marchena) after having been advised by undersigned counsel and pursuant to 18 U.S.C. § 3161, does hereby waive his right to a speedy trial from the date of filing of this waiver until April 28th, 2025.

Date: 2/28/2025

ALDO NESTOR MARCHENA

Date: 2/28/2025

JOSE O. CASTANEDA JR, ESQ.
COUNSEL FOR DEFENDANT

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to The United States of America Assistant United States Attorney, Eli S. Rubin, at eli.rubin@usdoj.gov, and all other parties via CM/ECF on this 28th day of February 2025.

Respectfully submitted,

s/ JOSE O. CASTAÑEDA JR.
**Florida Bar NO: 0532401**

**CASTAÑEDA LAW GROUP**
PO BOX 8040
Coral Springs, FL 33075
Phone No: (954) 786-3790
Fax: (866) 806-9786
E Service: service@thetrialfirm.com;
law@josecastaneda.com