UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>23-20454-CR-BECERRA</u>

UNITED STATES OF AMERICA

vs.

**CARL ALAN ZAGLIN,
ALDO NESTOR MARCHENA,
FRANCISCO ROBERTO COSENZA CENTENO,**

                   **Defendants.**
_____/

## STATUS REPORT

      The United States of America, by and through its undersigned counsel, respectfully submits this status report per the Court's Order of February 18, 2025. Dkt. No. 109. This matter is undergoing priority review pursuant to the President's February 10, 2025, Executive Order (Exec. Order No. 14,209, 90 Fed. Reg. 9, 587 (Feb. 14, 2025)). The government will provide the Court with another update concerning the status of the review no later than March 18, 2025.

| | |
|---|---|
| GLENN S. LEON<br>CHIEF, FRAUD SECTION<br>CRIMINAL DIVISION<br>U.S. DEPARTMENT OF JUSTICE | HAYDEN P. O'BYRNE<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA |
| BY: /s/ Peter L. Cooch<br>Peter L. Cooch<br>Shalin Nohria<br>Trial Attorneys<br>Court ID No. A5502804<br>1400 New York Avenue, NW<br>Washington, DC 20005<br>(202) 924-6259<br>Peter.Cooch@usdoj.gov | BY: /s/ Eli S. Rubin<br>Eli S. Rubin<br>Assistant United States Attorney<br>Court ID No. A5503535<br>99 N.E. 4th Street<br>Miami, Florida 33132<br>(305) 961-9247<br>Eli.Rubin@usdoj.gov |