UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20454-CR-BECERRA

UNITED STATES OF AMERICA

vs.

CARL ALAN ZAGLIN,
ALDO NESTOR MARCHENA, and
FRANCISCO ROBERTO COSENZA CENTENO,

                            **Defendants.**
_____/

**JOINT PROPOSED SCHEDULING ORDER**

Pursuant to the Court's instructions given during the March 24, 2025 Status Conference and the resulting Order (Dkt. No. 118), the United States of America, by and through its undersigned counsel, with counsel for Defendants Carl Alan Zaglin, Aldo Nestor Marchena, and Francisco Roberto Cosenza Centeno respectfully submit the following proposed scheduling order:[1]

- June 9, 2025: United States' expert disclosures and Defendants' dispositive motions due;

- June 16, 2025: Defendants' expert disclosures due;

- July 1, 2025: United States' and Defendants' preliminary exhibit and witness lists; notice under Rule 404(b); and responses to dispositive motions due;

- July 11, 2025: Replies to dispositive motions due;

---

[1] The parties recognize that Defendant Zaglin has filed a Motion for Reset, Continuance or Recess During Trial, Doc. # 120, in which Defendant has requested that the trial in this action be reset or continued from its current date of August 11, 2025, however Defendant's motion has not yet been ruled on.

- July 14, 2025: United States' and Defendants' updated exhibit and witness lists due, and exhibit exchange by the parties;

- July 21, 2025: Proposed voir dire, jury instructions, and verdict forms; *Jencks* and reverse *Jencks*; *Giglio* materials; and motions *in limine* due;

- July 28, 2025: Responses to motions *in limine* due; and

- August 4, 2025: Calendar call at 10:00 am.

The parties anticipate that the case can be tried in approximately 3 weeks. The parties will continue to discuss possible stipulations that will expedite trial.

|  |  |
|---|---|
| LORINDA LARYEA<br>ACTING CHIEF, FRAUD SECTION<br>Criminal Division<br>U.S. Department of Justice | HAYDEN O'BYRNE<br>United States Attorney<br>Southern District of Florida |
| By: /s/_____<br>Peter L. Cooch<br>Shalin Nohria<br>Trial Attorneys<br>Court ID No. A5502804<br>1400 New York Ave. NW<br>Washington, DC 20005<br>Tel: (202) 924-6259<br>Email: peter.cooch@usdoj.gov<br>Email: shalin.nohria2@usdoj.gov | By: /s/_____<br>Eli S. Rubin<br>Assistant United States Attorney<br>99 NE 4th Street<br>Miami, Florida 33133<br>Tel: (305) 961-9247<br>Email: eli.rubin@usdoj.gov |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 31, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

/s/
Peter L. Cooch