UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20454-CR-BECERRA

UNITED STATES OF AMERICA

vs.

**CARL ALAN ZAGLIN,
ALDO NESTOR MARCHENA,
FRANCISCO ROBERTO COSENZA CENTENO,**

     **Defendants.**
_____/

**GOVERNMENT'S NOTICE OF AUTHORIZATION TO PROCEED**

The United States of America, by and through undersigned counsel, respectfully submits this Notice of Authorization to Proceed.

The United States hereby advises that the Government has completed its detailed review of the instant case as contemplated by Executive Order 14209, 90 Fed. Reg. 9587 (Feb. 10, 2025), and intends to proceed to trial.

               Respectfully submitted,

| | |
|---|---|
| LORINDA I. LARYEA | HAYDEN P. O'BYRNE |
| ACTING CHIEF, CRIMINAL DIVISION FRAUD SECTION | UNITED STATES ATTORNEY SOUTHERN DISTRICT OF FLORIDA |
| By: /s/ | By: /s/ |
| Peter L. Cooch | Eli S. Rubin |
| Shalin Nohria | Assistant United States Attorney |
| Trial Attorneys | United States Attorney's Office |
| Criminal Division, Fraud Section | 99 NE 4th Street |
| U.S. Department of Justice | Miami, Florida 33133 |
| Court ID No. A5502804 | Tel: (305) 961-9247 |
| 1400 New York Ave. NW | Email: eli.rubin@usdoj.gov |

Washington, DC 20005  
Tel: (202) 924-6259  
Email: peter.cooch@usdoj.gov  
Email: shalin.nohria2@usdoj.gov  

Court ID No. A5503535