UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20454-CR-BECERRA

UNITED STATES OF AMERICA

vs.

CARL ALAN ZAGLIN,
ALDO NESTOR MARCHENA, and
FRANCISCO ROBERTO COSENZA CENTENO,

**Defendants.**
_____/

**JOINT PROPOSED SCHEDULING ORDER**

Pursuant to the Court's instructions given during the May 28, 2025 Status Conference, the United States of America, by and through its undersigned counsel, with counsel for Defendants Carl Alan Zaglin, Aldo Nestor Marchena, and Francisco Roberto Cosenza Centeno respectfully submit the following proposed scheduling order:

- June 16, 2025: United States' expert disclosures and Defendants' dispositive motions due;

- July 7, 2025: Defendants' expert disclosures due; responses to dispositive motions due;

- July 17, 2025: Replies to dispositive motions due;

- July 22, 2025: United States' and Defendants' preliminary exhibit and witness lists; and notice under Rule 404(b) due;

- August 4, 2025: United States' and Defendants' updated exhibit and witness lists due, and exhibit exchange by the parties;

- August 11, 2025: Proposed voir dire, jury instructions, and verdict forms; *Jencks* and reverse *Jencks*; *Giglio* materials; and motions *in limine* due;

1

- August 18, 2025: Responses to motions *in limine* due; and

- August 26, 2025: Calendar call at 10:00 am.

The parties anticipate that the case can be tried in approximately 3 weeks. The parties will continue to discuss possible stipulations that will expedite trial.

|  |  |
|---|---|
| LORINDA LARYEA<br>ACTING CHIEF, FRAUD SECTION<br>Criminal Division<br>U.S. Department of Justice | HAYDEN O'BYRNE<br>United States Attorney<br>Southern District of Florida |
| By: /s/<br>Peter L. Cooch<br>Trial Attorney<br>Court ID No. A5502804<br>1400 New York Ave. NW<br>Washington, DC 20005<br>Tel: (202) 924-6259<br>Email: peter.cooch@usdoj.gov | By: /s/<br>Eli S. Rubin<br>Assistant United States Attorney<br>99 NE 4th Street<br>Miami, Florida 33133<br>Tel: (305) 961-9247<br>Email: eli.rubin@usdoj.gov |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 29, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

                                                                                         /s/_____  
                                                                                        Peter L. Cooch