## COURT MINUTES

# Magistrate Judge Edward G. Torres

**King Building Courtroom 10-5**   Date: 08/13/2025   Time: 10:00 a.m.

Defendant: Francisco Roberto Cosenza Centeno   J#: BOND   Case #: 23-CR-20454-BECERRA

AUSA: Eli Rubin   Attorney: Jenny Wilson

Violation:   Conspiracy to Commit Money Laundering, & Money Laundering

Proceeding:   Change of Plea   CJA Appt:

Bond/PTD Held: ◉ Yes  ○ No   Recommended Bond:

Bond Set at: STIP-$1,000,000.00 PSB W/Co-Signer   Co-signed by: Rolando Santiago

Language: Spanish

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed or _____ x's a week/month by
phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services

☐ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or
Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits,
religious, employment

☐ Travel extended to: _____

☐ Other: _____

**Disposition:**

** Brady Order Given 04/05/24**

Defendant sworn.
PSR ordered.
Defendant shall remain
on present bond.
R & R TO FOLLOW.

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R.  10:22:37   Time in Court: 46 min