UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>23-20454-CR-BECERRA</u>

UNITED STATES OF AMERICA

vs.

CARL ALAN ZAGLIN,

          **Defendant.**
_____/

## <u>DEFENDANT ZAGLIN'S WITNESS LIST</u>

Defendant Carl Alan Zaglin respectfully files this Witness List, showing the Court and the United States the individuals that Defendant may call as witnesses during the defense's case-in-chief in the trial in this action:

| | **Name** | **Subject and Brief Description of Testimony** | **Date(s) Testified (Court Only)** |
|---|---|---|---|
| 1. | Special Agent Jonathan Eades | Statements made by Government witnesses during interviews or proffers | |
| 2. | Custodian of Records, United States Citizenship and Immigration Services | Immigration records relating to Government witness Luis Berkman | |
| 3. | Custodian of Records, Internal Revenue Service | Tax records relating to Government witness Luis Berkman | |
| 4. | Scott Haygood | Involvement in the transactions alleged in the Government's Indictment | |
| 5. | Fanny Henao | Tax records relating to Government witness Luis Berkman | |
| 6. | James M. Kane | Representation of Atlanco, LLC, and Defendant relating to the transactions alleged in the Government's Indictment | |
| 7. | Special Agent David Keyes | Statements made by Government witnesses during interviews or proffers | |

1

| | | | |
|---|---|---|---|
| 8. | Special Agent Scott McNeil | Statements made by Government witnesses during interviews or proffers | |
| 9. | Ruben A. Rodezno | Representation of Atlanco, LLC, and Defendant relating to the transactions alleged in the Government's Indictment | |
| 10. | William N. Strange | Tax records relating to Government witness Aldo Marchena | |

Respectfully submitted, this 22d day of August, 2025.

Robert M. Perez, P.A.
Counsel for Defendant Carl Zaglin
3162 Commodore Plaza, Suite 3E
Coconut Grove, Florida 33133
(305) 598-8889 - Office
E-mail: rperez@rmplawpa.com

S/Robert M. Perez..................
ROBERT M. PEREZ
Florida Bar Number: 477494

/s/ Craig A. Gillen
Craig A. Gillen, Esq.
/s/ Anthony C. Lake
Anthony C. Lake, Esq.
Counsel for Defendant Carl Zaglin
GILLEN LAKE & CLARK LLC
400 Galleria Parkway
Suite 1920
Atlanta, Georgia 30339
Telephone: (404) 842-9700
Fax: (404) 842-9750
Email: cgillen@glcfirm.com
         aclake@glcfirm.com

Counsel for Mr. Carl Zaglin

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically via CM/ECF on this 22d day of August, 2025.

            Robert M. Perez, P.A.
            Counsel for Defendant Carl Zaglin
            3162 Commodore Plaza, Suite 3E
            Coconut Grove, Florida 33133
            (305) 598-8889 - Office
            E-mail: rperez@rmplawpa.com

            <u>S/Robert M. Perez</u>..................
            ROBERT M. PEREZ
            Florida Bar Number: 477494

            Counsel for Mr. Carl Zaglin