UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **23-20454-CR-BECERRA**

UNITED STATES OF AMERICA

vs.

**CARL ALAN ZAGLIN,**

      **Defendant.**
_____/

**UNITED STATES' WITNESS LIST**

1. Bryan Berkman
2. Luis Berkman
3. Francisco Roberto Cosenza Centeno
4. Retired HSI Special Agent Ruben Fernandez
5. Scott Haygood
6. HSI Technical Enforcement Officer Brian Hixson
7. HSI Task Force Officer David Keyes
8. Aldo Nestor Marchena
9. Mackenzie Maschke
10. Brian Mclean
11. Michael Petron
12. Juan Ramon Molina Rodriguez
13. Keith Rosenn
14. HSI Special Agent Kevin Russell
15. Gabriela Salgado

1

16. Loren Simpson

17. American Airlines Records Custodian Donna Williams

LORINDA I. LARYEA  
ACTING CHIEF, FRAUD SECTION  
CRIMINAL DIVISION  
U.S. DEPARTMENT OF JUSTICE

JASON A. REDING QUIÑONES  
UNITED STATES ATTORNEY  
SOUTHERN DISTRICT OF FLORIDA

BY: /s/  
Peter L. Cooch  
Clayton Solomon  
Trial Attorneys  
1400 New York Avenue, NW  
Washington, DC 20005  
(202) 924-6259  
Email: Peter.Cooch@usdoj.gov  
Email: Clayton.Solomon@usdoj.gov

BY: /s/  
Eli S. Rubin  
Assistant United States Attorney  
Court ID No. A5503535  
99 N.E. 4th Street  
Miami, Florida 33132  
(305) 961-9247  
Email: Eli.Rubin@usdoj.gov