# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. <u>23-20454-CR-BECERRA</u>

**UNITED STATES OF AMERICA**

**vs.**

**CARL ALAN ZAGLIN,**

**Defendant.**

_____/

### <u>UNITED STATES' EXHIBIT LIST</u>

| Government Exhibit No. (GX) | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| | **PHOTOGRAPHS** | |
| 1 | Photograph of Carl Zaglin | |
| 2 | Photograph of Bryan Dehart | |
| 3 | Photograph of Luis Berkman | |
| 4 | Photograph of Loren Simpson | |
| 5 | Photograph of Bryan Berkman | |
| 6 | Photograph of Jaime Arturo Nativi Galvez | |
| 7 | Photograph of Aldo Marchena | |
| 8 | Photograph of Francisco Cosenza | |
| 9 | Photograph of Juan Molina | |
| 10 | Photograph of Julian Pacheco | |
| 11 | Photograph of Molina Badge | |
| 12 | Photograph of Police Car | |
| 13 | TASA Flyer | |
| 14 | Photograph of Meeting | |
| 15 | Photograph of Meeting 2 | |

| RECORDINGS | | |
|---|---|---|
| 40 | Recording 1 | |
| 40-TR | Recording 1 Transcript | |
| 40-V | Recording 1 Video With Subtitles | |
| 41 | Recording 2 | |
| 41-TR | Recording 2 Transcript | |
| 41-V | Recording 2 Video With Subtitles | |
| 42 | Recording 3 | |
| 42-TR | Recording 3 Transcript | |
| 42-V | Recording 3 Video With Subtitles | |

| BUSINESS RECORDS | | |
|---|---|---|
| 50 | Contract for the Supply of Uniforms and Accessories dated June 25, 2015 | |
| 50-T | Translation to Contract for the Supply of Uniforms and Accessories dated June 25, 2015 | |
| 52 | Brokerage Agreement dated October 6, 2015 | |
| 53 | Invoice from Achieve to Atlanco $184,479.51 | |
| 54 | Invoice from Achieve to Atlanco $104,102.31 | |
| 55 | Addendum to June 2015 Contract | |
| 55-T | Translation to Addendum to June 2015 Contract | |
| 56 | Invoice from Achieve to Atlanco $192,252.60 | |
| 57 | Invoice from Achieve to Atlanco $107,969.01 | |
| 58 | Invoice from Achieve to Atlanco $187,733.94 | |
| 59 | Contract for the Supply, Manufacturer and Delivery of Uniforms and Accessories dated October 24, 2016 | |
| 59-T | Translation of Contract for the Supply, Manufacturer, and Delivery of Uniforms and Accessories dated October 24, 2016 | |
| 60 | Brokerage Agreement dated October 26, 2016 | |
| 61 | Invoice from Achieve to Atlanco $299,028.19 | |
| 62 | Invoice from Achieve to Atlanco $195,221.39 | |
| 63 | Invoice from Achieve to Atlanco $197,149.54 | |
| 64 | Invoices from Atlanco to TASA Composite | |
| 65 | Invoices from Achieve to Atlanco Composite | |

| 66 | Approved Invoices from Achieve to Atlanco Composite | |
| 67 | 2015.01.02 - 2021.07.30 Atlanco Invoice Journal | |
| 68 | Obligation Contract dated March 25, 2019 | |
| 68-T | Translation of Obligation Contract dated March 25, 2019 | |
| 69 | Obligation Contract dated March 25, 2019 | |
| 69-T | Translation of Obligation Contract dated March 25, 2019 | |
| 70 | Achieve GEA Accounts Payable Register | |
| 71 | Cosenza American Airlines Flight History | |
| 72 | Atlanco Code of Conduct Policy | |

| EMAILS | | |
|---|---|---|
| 100 | 2015.03.27 Email from DeHart to B. Berkman Re: Proposal | |
| 101 | 2015.03.30 Email from DeHart to Haywood and Zaglin Re: Proposal | |
| 102 | 2015.04.06 Email from B. Berkman to L. Berkman Re: Fwd: Conference Call Follow Up | |
| 102-A | 2015.04.06 Email from Simpson to DeHart and Haygood Re: Fwd: Conference Call Follow Up - Redacted | |
| 102-B | 2015.04.06 Attachment to Email from B. Berkman to L. Berkman Re: Fwd: Conference Call Follow Up | |
| 103 | 2015.04.16 Email from DeHart to L. Berkman Re: FW: Honduras Visit | |
| 104 | 2015.04.24 Email from Riera to Zaglin Re: Next week in HN Re: Zorina | |
| 104-A | 2015.04.24 Email from Zaglin to Riera Re: Next week in HN Re: Zorina - Redacted | |
| 105 | 2015.04.30 Email from DeHart to Zaglin et al. Re: Honduras Uniform Meeting AAR | |
| 105-A | 2015.04.29 Attachment to Email from DeHart to Zaglin Re: Honduras Uniform Meeting AAR | |
| 105-A-A | 2015.04.29 Composite Attachments to Email from DeHart to Zaglin Re: Honduras Uniform Meeting AAR | |
| 107 | 2015.05.06 Email from Zaglin to Kane Re: Please Review | |
| 108 | 2015.05.07 Email from B. Berkman to DeHart et al. Re: Final Numbers | |
| 109 | 2015.05.07 Email from Simpson to Haygood Re: Conference Call Follow Up | |
| 110 | 2015.05.07 Email from Haygood to Simpson and B. Berkman Re: FW: Contract re Honduran Government | |
| 110-A | 2015.05.07 Attachment to Email from Haygood to Simpson and B. Berkman Re: FW: Contract re Honduran Government | |
| 111 | 2015.05.07 Email from Haygood to B. Berkman Re: Honduras | |
| 112 | 2015.05.22 Email from Haygood to Zaglin Re: Bank account in HN | |

| | | |
|---|---|---|
| 113 | 2015.06.11 Email from Haygood to Rodezno Re: Contract re Honduran Goverment | |
| 114 | 2015.06.16 Email from Haygood to B. Berkman and Simpson Re: Honduras | |
| 115 | 2015.06.16 Email from Simpson to L. Berkman Re: Conversation This Morning | |
| 116 | 2015.06.18 Email from Haygood to B. Berkman et al. Re: Honduras Contract. | |
| 117 | 2015.06.19 Email from Haygood to Rodezno Re: Honduras Contract. | |
| 118 | 2015.06.19 Email from B. Berkman to Haygood and Jose Nunez Re: Honduras Contract. | |
| 119 | 2015.06.19 Email from Haygood to Rodezno Re: Honduras Contract. | |
| 120 | 2015.06.25 Email from Zaglin to Simpson et al. RE: Congrats | |
| 121 | 2015.07.06 Email from L. Berkman to DeHart et al. Re: Contrato ATLANCO LLC | |
| 121-A | 2015.07.06 Attachment to Email from L. Berkman to DeHart et al. Re: Contrato ATLANCO LLC | |
| 121-A-T | 2015.07.06 Translation to Attachment to Email from L. Berkman to DeHart et al. Re: Contrato ATLANCO LLC | |
| 122 | 2015.07.09 Email from Simpson to Haygood Re: Atlanco/TPG Revised Waterfall | |
| 123 | 2015.07.21 Email from B. Berkman to Riera et al. Re: HNP Contract Payment | |
| 124 | 2015.07.27 Email from B. Berkman to Haygood et al. Re: NEW CONTRACT - URGENT | |
| 124-T | 2015.07.27 Translation to Email from B. Berkman to Haygood et al. Re: NEW CONTRACT - URGENT | |
| 125 | 2015.07.27 Email from Haygood to DeHart, B. Berkman et al. Re: NEW CONTRACT - URGENT | |
| 126 | 2015.08.25 Email from Haygood to Zaglin Re: Honduras Updater | |
| 126-A | 2015.08.25 Email from Haygood to Simpson Re: Honduras Updater - Redacted | |
| 127 | 2015.08.26 Email from L. Berkman to Zaglin Re: http://achievecap.com/ | |
| 128 | 2015.08.27 Email from Cabrera to B. Berkman Re: Wire-Bravo Tactical/ Bryan Berkman $5,000 | |

| | | |
|---|---|---|
| 129 | 2015.09.01 Email from Zaglin to Kane Re: Question | |
| 130 | 2015.09.01 Email from Kane to Zaglin Re: Question | |
| 131 | 2015.09.01 Email from Zaglin to L. Berkman Re: Question | |
| 132 | 2015.09.01 Email from Zaglin to Kane Re: This is something that Scott printed for me to review | |
| 133 | 2015.09.01 Email from L. Berkman to Zaglin Re: Question | |
| 134 | 2015.09.01 Email from Zaglin to Kane Re: Question | |
| 135 | 2015.09.01 Email from Zaglin to Kane Re: while I am waiting for the library guy | |
| 136 | 2015.09.02 Email from DeHart to Zaglin Re: Fwd: Carl | |
| 136-A | 2015.09.02 Attachment to Email from DeHart to Zaglin Re: Fwd: Carl | |
| 137 | 2015.09.02 Email from Haygood to Zaglin et al. Re: Interest comments to Mexico | |
| 138 | 2015.09.02 Email from Kane to Eisenhower Re: from James Kane in the Atlanta office 9-2-15 | |
| 139 | 2015.09.02 Email from Eisenhower to Kane Re: from James Kane in the Atlanta office 9-2-15 | |
| 140 | 2015.09.02 Email from Haygood to Kane Re: FCPA Questions | |
| 141 | 2015.09.03 Email from Haygood to Rodezno Re: FW: Atlanco - Honduras Contract Review | |
| 142 | 2015.09.04 Email from Kane to Zaglin Re: Scott | |
| 143 | 2015.09.08 Email from Haygood to Eisenhower Re: FW: Atlanco - Honduras contract review | |
| 143-A | 2015.09.08 Attachment to Email from Haygood to Eisenhower Re: FW: Atlanco - Honduras contract review | |
| 143-B | 2015.09.08 Attachment to Email from Haygood to Eisenhower Re: FW: Atlanco - Honduras contract review | |
| 144 | 2015.09.08 Email from Haygood to Eisenhower Re: FW: Atlanco - Honduras contract review | |
| 145 | 2015.09.09 Email from Zaglin to Marchena Re: Meeting in Miami | |

| 146 | 2015.09.09 Email from Haygood to Eisenhower et al. Re: Atlanco - Honduras Contract review | |
| 146-A | 2015.09.09 Attachment to Email from Haygood to Eisenhower Re: Atlanco - Honduras Contract review | |
| 146-A-T | 2015.09.09 Translation to Attachment to Email from Haygood to Eisenhower Re: Atlanco - Honduras Contract review | |
| 147 | 2015.09.09 Email from Haygood to Eisenhower Re: Atlanco - Honduras contract review | |
| 148 | 2015.09.09 Email from Haygood to Eisenhower Re: Atlanco - Honduras contract review | |
| 149 | 2015.09.10 Email from Zaglin to L. Berkman Re: FW: update | |
| 150 | 2015.09.10 Email from Zaglin to Eisenhower Re: FW: Meeting in Miami | |
| 151 | 2015.09.10 Email from Eisenhower to Zaglin Re: update | |
| 152 | 2015.09.10 Email from Zaglin to Eisenhower Re: General Information | |
| 153 | 2015.09.12 Email from Marchena to Zaglin Re: Meeting in Miami | |
| 154 | 2015.09.15 Email from Kane to Zaglin and Eisenhower Re: Meeting in Miami | |
| 155 | 2015.09.17 Email from Marchena to Zaglin Re: Achieve GEA - Broker Agreement | |
| 155-A | 2015.09.17 Attachment to Email from Marchena to Zaglin Re: Achieve GEA - Broker Agreement | |
| 156 | 2015.09.17 Email from Zaglin to Kane Re: Broker Agreement Achieve GEA Draft 09.17.2015-JMK-first Version.docx | |
| 157 | 2015.09.18 Email from Zaglin to DeHart Re: Draft Memorandum + Latest Waterfall | |
| 157-A | 2015.09.18 Attachment to Email from Zaglin to DeHart Re: Draft Memorandum + Latest Waterfall | |
| 157-B | 2015.09.18 Attachment to Email from Zaglin to DeHart Re: Draft Memorandum + Latest Waterfall | |
| 158 | 2015.09.18 Email from Zaglin to L. Berkman Re: Fwd: Draft Memorandum + Latest Waterfall | |
| 158-A | 2015.09.18 Attachment to Email from Zaglin to L. Berkman Re: Fwd: Draft Memorandum + Latest Waterfall | |

| | | |
|---|---|---|
| 158-B | 2015.09.18 Attachment to Email from Zaglin to L. Berkman Re: Fwd: Draft Memorandum + Latest Waterfall | |
| 159 | 2015.09.21 Email from Zaglin to Kane Re: 09-21-2015 Broker Agreement Achieve GEA Draft.docx | |
| 160 | 2015.09.21 Email from Zaglin to Simpson Re: Fwd: here is the draft we discussed based on what you and I have discussed | |
| 160-A | 2015.09.21 Email from Kane to Zaglin Re: Fwd: here is the draft we discussed based on what you and I have discussed - Redacted | |
| 160-B | 2015.09.21 Attachment to Email from Zaglin to Simpson Re: Fwd: here is the draft we discussed based on what you and I have discussed | |
| 160-C | 2015.09.21 Attachment to Email from Zaglin to Simpson Re: Fwd: here is the draft we discussed based on what you and I have discussed | |
| 161 | 2015.09.22 Email from Zaglin to L. Berkman Re: here is the draft we discussed based on what you and I have discussed | |
| 162 | 2015.10.05 Email from DeHart to Zaglin Re: Bryan Berkman | |
| 163 | 2015.10.06 Email from Haygood to DeHart Re: ICAP Hotel and Badges | |
| 163-A | 2015.10.06 Email from DeHart to Zaglin and Haygood Re: ICAP Hotel and Badges - Redacted | |
| 164 | 2015.10.06 Email from Zaglin to DeHart Re: IACP Hotel and Badges | |
| 165 | 2015.10.06 Email from Kane to Zaglin Re: Broker agreement 10-6-15 pdf | |
| 166 | 2015.10.06 Email from Kane to Eisenhower Re: Broker agreement 10-6-15 word file | |
| 167 | 2015.10.06 Email from Kane to Zaglin Re: Corrected Broker Agreement 10-6-15 Word | |
| 168 | 2015.10.06 Email from Kane to Zaglin Re: FINAL CORRECTED 10-06-2015 Agreement Final | |
| 169 | 2015.10.06 Email from Eisenhower to Kane Re: Corrected Broker Agreement 10-6-15 Word | |
| 170 | 2015.10.06 Email from Zaglin to Kane Re: Corrected Broker Agreement 10-6-15 Word | |
| 171 | 2015.10.07 Email from Marchena to Zaglin Re: Contract | |

| | | |
|---|---|---|
| 171-A | 2015.10.07 Attachment to Email from Marchena to Zaglin Re: Contract | |
| 172 | 2015.10.07 Email from Zaglin to Simpson Re: FW: Contract | |
| 172-A | 2015.10.07 Attachment to Email from Zaglin to Simpson FW: Contract | |
| 176 | 2015.10.30 Email from Zaglin to Riera FW: HNP shipment 2 pickup | |
| 177 | 2015.11.03 Email from Zaglin to Riera Re: HNP pick up | |
| 178 | 2015.11.03 Email from Zaglin to DeHart FW: Good afternoon | |
| 179 | 2015.11.06 Email from Riera to DeHart et al. Re: HNP shipment #3 | |
| 180 | 2015.11.06 Email from Zaglin to L. Berkman Re: HNP. And Guatemala | |
| 181 | 2015.11.09 Email from L. Berkman to Cosenza Re: HNP Contract | |
| 182 | 2015.11.09 Email from DeHart to Riera et al. Re: ACTA DE TERCERA ENTREGA DE UNIFORMES FATIGA POLICIA NACIONAL HONDURAS | |
| 182-T | 2015.11.09 Translation to Email from DeHart to Riera et al. Re: ACTA DE TERCERA ENTREGA DE UNIFORMES FATIGA POLICIA NACIONAL HONDURAS | |
| 184 | 2015.11.16 Email from Zaglin to Cosenza Re: Emailing - HNP Document.pdf | |
| 184-A | 2015.11.16 Attachment to Email from Zaglin to Cosenza Re: Emailing - HNP Document.pdf | |
| 185 | 2015.12.07 Email from DeHart to Haygood and Zaglin FW: Uniformes | |
| 185-T | 2015.12.07 Translation to Email from DeHart to Haygood and Zaglin FW: Uniformes | |
| 186 | 2015.12.08 Email from DeHart to B. Berkman FW: Letter to General Pacheco | |
| 186-A | 2015.12.08 Attachment to Email from DeHart to B. Berkman FW: Letter to General Pacheco | |
| 186-A-T | 2015.12.08 Translation to Attachment to Email from DeHart to B. Berkman FW: Letter to General Pacheco | |
| 186-B | 2015.12.08 Attachment to Email from DeHart to B. Berkman FW: Letter to General Pacheco | |

| 187 | 2015.12.10 Email from L. Berkman to B. Berkman re: Call me when open | |
| 187-A | 2015.12.10 Attachment to Email from L. Berkman to B. Berkman re: Call me when open | |
| 188 | 2015.12.15 Email from Zaglin to Haygood Re: HNP | |
| 189 | 2016.01.06 Email from Riera to DeHart et al. Re: HNP $$$ | |
| 190 | 2016.01.13 Email from Zaglin to Marchena Re: Confirmation | |
| 191 | 2016.01.13 Email from Zaglin to Marchena Re: FW: Wire-Achieve GEA $393,100.55 | |
| 191-A | 2016.01.13 Attachment to Email from Zaglin to Marchena Re: FW: Wire-Achieve GEA $393,100.55 | |
| 191-B | 2016.01.13 Attachment to Email from Zaglin to Marchena Re: FW: Wire-Achieve GEA $393,100.55 | |
| 192 | 2016.01.13 Email from Zaglin to Haygood RE: HNP 1-4 (First 2 Invoices) | |
| 193 | 2016.01.13 Email from Zaglin to Marchena Re: HNP 1-4 | |
| 193-A | 2016.01.13 Attachment to Email from Zaglin to Marchena Re: HNP 1-4 | |
| 193-B | 2016.01.13 Attachment to Email from Zaglin to Marchena Re: HNP 1-4 | |
| 193-C | 2016.01.13 Attachment to Email from Zaglin to Marchena Re: HNP 1-4 | |
| 193-D | 2016.01.13 Attachment to Email from Zaglin to Marchena Re: HNP 1-4 | |
| 193-E | 2016.01.13 Attachment to Email from Zaglin to Marchena Re: HNP 1-4 | |
| 194 | 2016.01.21 Email from Marchena to Zaglin Re: Wires-Achieve GEA | |
| 195 | 2016.01.13 Email from Marchena to Zaglin Re: HNP 1-4 (Invoices 3,4, & 5) | |
| 195-A | 2016.01.13 Attachment to Email from Marchena to Zaglin Re: HNP 1-4 (Invoices 3,4, & 5) | |
| 195-B | 2016.01.13 Attachment to Email from Marchena to Zaglin Re: HNP 1-4 (Invoices 3,4, & 5) | |
| 195-C | 2016.01.13 Attachment to Email from Marchena to Zaglin Re: HNP 1-4 (Invoices 3,4, & 5) | |

| 196 | 2016.01.13 Email from Marchena to Zaglin Re: HNP 1-4 (First 2 invoices) | |
|---|---|---|
| 196-A | 2016.01.13 Attachment to Email from Marchena to Zaglin Re: HNP 1-4 (First 2 invoices) | |
| 196-B | 2016.01.13 Attachment to Email from Marchena to Zaglin Re: HNP 1-4 (First 2 invoices) | |
| 197 | 2016.01.13 Email from Zaglin to Haygood Re: FW: HNP 1-4 (Invoices 3,4, & 5) | |
| 197-A | 2016.01.13 Attachment to Email from Zaglin to Haygood Re: FW: HNP 1-4 (Invoices 3,4, & 5) | |
| 197-B | 2016.01.13 Attachment to Email from Zaglin to Haygood Re: FW: HNP 1-4 (Invoices 3,4, & 5) | |
| 197-C | 2016.01.13 Attachment to Email from Zaglin to Haygood Re: FW: HNP 1-4 (Invoices 3,4, & 5) | |
| 198 | 2016.01.19 Email from Nativi to B. Berkman Re: 2016 | |
| 198-T | 2016.01.19 Translation to Email from Nativi to B. Berkman Re: 2016 | |
| 199 | 2016.01.25 Email from Zaglin to Haygood et al. Re: Check for Bryan Berkman | |
| 200 | 2016.02.03 Email from DeHart to Riera et al. Re: HNP Holsters | |
| 201 | 2016.02.03 Email from B. Berkman to Marchena Re: Fwd: FW: | |
| 201-T | 2016.02.03 Translation to email from B. Berkman to Marchena Re: Fwd: FW: | |
| 202 | 2016.02.04 Email from B. Berkman to Nativi Re: Fwd: Carta Achieve GEA para Jaime | |
| 202-T | 2016.02.04 Translation to Email from B. Berkman to Nativi Re: Fwd: Carta Achieve GEA para Jaime | |
| 202-A | 2016.02.04 Attachment to Email from B. Berkman to Nativi Re: Fwd: Carta Achieve GEA para Jaime | |
| 202-A-T | 2016.02.04 Translation to Attachment to Email from B. Berkman to Nativi Re: Fwd: Carta Achieve GEA para Jaime | |
| 203 | 2016.02.25 Email from Williams to Zaglin Re: Invoice | |
| 203-A | 2016.02.25 Attachment to Email from Williams to Zaglin Re: Invoice | |
| 204 | 2016.02.23 Email from Marchena to Zaglin Re: Invoice Request | |

| 205 | 2016.02.25 Email from Haygood to Cabrera Re: FW: Invoice | |
| 206 | 2016.02.25 Email from Williams to Zaglin Re: Invoice | |
| 206-A | 2016.02.25 Attachment to Email from Williams to Zaglin Re: Invoice | |
| 207 | 2016.02.25 Email from Zaglin to Marchena Re: Invoice request | |
| 208 | 2016.02.25 Email from Carbrera to Haygood Re: Wire-Achieve GEA $187,733.94 | |
| 208-A | 2016.02.25 Attachment to Email from Carbera to Haygood Re: Wire-Achieve GEA $187,733.94 | |
| 209 | 2016.02.25 Email from Marchena to Williams Re: Invoice request | |
| 210 | 2016.03.04 Email from Zaglin to Marchena Re: Two Invoices and one credit memo for Aldo | |
| 210-A | 2016.03.04 Attachment to Email from Zaglin to Marchena Re: Two Invoices and one credit memo for Aldo | |
| 211 | 2016.03.09 Email from Haygood to Cabrera Re: Fwd: Invoice | |
| 211-A | 2016.03.09 Attachment to Email from Haygood to Cabrera and Re: Fwd: Invoice | |
| 212 | 2016.03.10 Email from Williams to Zagin Re: Issues with Account | |
| 214 | 2016.07.12 Email from L. Berkman to DeHart et al. Re: TASA | |
| 216 | 2016.09.30 Email from Cosenza to L. Berkman Re: Fwd: RV: consulta | |
| 216-T | 2016.09.30 Translation of Email from Cosenza to L. Berkman Re: Fwd: RV: consulta | |
| 217 | 2016.10.01 Email from L. Berkman to Zaglin Re: Boots honduras | |
| 218 | 2016.10.03 Email from Cosenza to Lainez re: Fwd: FW: | |
| 218-T | 2016.10.03 Translation of Email from Cosenza to Lainez Re: Fwd: FW: | |
| 218-A | 2016.10.03 Email from Cosenza to Lainez Re: Fwd: FW: - Redacted | |

| | | |
|---|---|---|
| 218-B | 2016.10.03 Attachment to Email from Cosenza to Lainez Re: Fwd: FW: | |
| 219 | 2016.10.24 Email from Ford to B. Berkman et al. Re: Urgent Honduras | |
| 219-A | 2016.10.24 Attachment to Email from Ford to B. Berkman et al. Re: Urgent Honduras | |
| 219-B | 2016.10.24 Attachment to Email from Ford to B. Berkman et al. Re: Urgent Honduras | |
| 219-C | 2016.10.24 Attachment to Email from Ford to B. Berkman et al. Re: Urgent Honduras | |
| 219-D | 2016.10.24 Attachment to Email from Ford to B. Berkman et al. Re: Urgent Honduras | |
| 220 | 2016.11.09 Email from Merino to B. Berkman et al. Re: Honduras | |
| 220-A | 2016.11.09 Attachment to Email from Merino to B. Berkman et al. Re: Honduras | |
| 221 | 2016.11.11 Email from DeHart to Riera Re: HNP Deliveries and process.... | |
| 222 | 2016.11.30 Email from L. Berkman to Zaglin Re: fw | |
| 222-A | 2016.11.30 Attachment to Email from L. Berkman to Zaglin Re: fw | |
| 223 | 2016.12.15 Email from Haygood to DeHart and Zaglin Re: Honduras National Police first delivery | |
| 224 | 2017.01.11 Email from Marchena to Cosenza Re: Documento de la Empresa | |
| 224-T | 2017.01.11 Translation of Email from Marchena to Cosenza Re: Documento de la Empresa | |
| 225 | 2017.01.11 Email from Cosenza to Marchena Re: Documento de la Empresa | |
| 225-T | 2017.01.11 Translation of Email from Cosenza to Marchena Re: Documento de la Empresa | |
| 225-A | 2017.01.11 Attachment to Email from Cosenza to Marchena Re: Documento de la Empresa | |
| 227 | 2017.01.13 Email from Marchena to Williams Re: DC Investments - Estado de Cuenta | |
| 227-T | 2017.01.13 Translation of Email from Marchena to Williams Re: DC Investments - Estado de Cuenta | |
| 227-A | 2017.01.13 Attachment to Email from Marchena to Williams Re: DC Investments - Estado de Cuenta | |

| | | |
|---|---|---|
| 228 | 2017.01.18 Email from Marchena to Williams Re: Fwd: CV-DC Investments | |
| 228-A | 2017.01.18 Attachment to Email from Marchena to Williams Re: CV-DC Investments | |
| 229 | 2017.02.03 Email from DeHart to Zaglin Re. TASA/HNP Contract #2 | |
| 229-A | 2017.02.03 Attachment to Email from DeHart to Zaglin Re. TASA/HNP Contract #2 | |
| 229-A-T | 2017.02.03 Translation of Attachment to Email from DeHart to Zaglin Re. TASA/HNP Contract #2 | |
| 230 | 2017.02.06 Email from Zaglin to Marchena Re: Urgent | |
| 231 | 2017.02.06 Email from Zaglin to Marchena Re: FW: Emailing - Achieve GEA.pdf | |
| 231-A | 2017.02.06 Attachment to Email from Zaglin to Marchena Re: Emailing - Achieve GEA.pdf | |
| 232 | 2017.02.07 Email from Zaglin to Marchena et al. Re: Emailing - 02.07.2017.pdf | |
| 232-A | 2017.02.07 Attachment to Email from Zaglin to Marchena Re: Emailing - 02.07.2017.pdf | |
| 233 | 2017.02.09 Email from Zaglin to Marchena Re: Emailing - Achieve.pdf | |
| 234 | 2017.02.16 Email from L. Berkman to Marchena re: F | |
| 234-A | 2017.02.16 Attachment to Email from L. Berkman to Marchena Re: F | |
| 235 | 2017.02.17 Email from Williams to Zaglin Re: Invoice | |
| 235-A | 2017.02.17 Attachment to Email from Williams to Zaglin Re: Invoice | |
| 236 | 2017.02.21 Email from Aguilar to Merino et al. Re: Fechas de entregas de gases lacrimogenos | |
| 236-T | 2017.02.21 Translation to Email from Aguilar to Merino et al. Re: Fechas de entregas de gases lacrimogenos | |
| 237 | 2017.02.22 Email from Zaglin to Marchena Re: Invoice Request | |
| 238 | 2017.02.22 Email from Williams to Zaglin Re: Invoice | |
| 238-A | 2017.02.22 Attachment to Email from Williams to Zaglin Re: Invoice | |

| | | |
|---|---|---|
| 239 | 2017.03.17 Email from Zaglin to L. Berkman Re: HNP and Guatemala | |
| 240 | 2017.03.23 Email from Marchena to Cosenza Re: Fwd: Funds Transfer Request #196951594 Has Been Scheduled | |
| 241 | 2017.03.29 Email from Zaglin to Williams and Marchena Re: Incoming payment received | |
| 242 | 2017.03.30 Email from Williams to Zaglin and Marchena Re: Incoming payment received | |
| 242-A | 2017.03.30 Attachment to Email from Williams to Zaglin and Marchena Re: Incoming payment received | |
| 243 | 2017.04.06 Email from Marchena to L. Berkman Re: Fw: Funds Transfer Request #197952684 Has Been Scheduled (DC INVESTMENTS) | |
| 244 | 2017.04.06 Email from Marchena to L. Berkman Re: Fw: Your Same Day wire transfer was successfully sent (SKY MAX) | |
| 245 | 2017.04.26 Email from DeHart to Riera et al. Re: Tiger and Cobra Uniforms | |
| 246 | 2017.04.29 Email from Zaglin to Marchena Re: Invoice | |
| 247 | 2017.04.27 Email from Williams to Zaglin and Marchena Re: Invoice | |
| 247-A | 2017.04.27 Attachment to Email from Williams to Zaglin and Marchena Re: Invoice | |
| 248 | 2017.04.27 Email from Haygood to Cabrera Re: FW: Invoice | |
| 248-A | 2017.04.27 Attachment to Email from Haygood to Cabrera Re: FW: Invoice | |
| 249 | 2017.04.28 Email from L. Berkman to Zaglin Re: Aldo | |
| 250 | 2017.05.12 Email from Williams to Zaglin and Marchena Re: Invoice request | |
| 250-A | 2017.05.12 Attachment to Email from Williams to Zaglin and Marchena Re: Invoice request | |
| 251 | 2017.05.20 Email from Marchena to Cosenza Re: DC Investments | |
| 251-T | 2017.05.20 Translation to Email from Marchena to Cosenza Re: DC Investments | |
| 251-A | 2017.05.20 Attachment to Email from Marchena to Cosenza Re: DC Investments | |

| | | |
|---|---|---|
| 252 | 2017.05.24 Email from Cosenza to B. Berkman Re: Fwd: RV: OFICIO TSP-008-2017 Y ORDEN DE COMPRA TSP-001-2017 | |
| 252-T | 2017.05.24 Translation to Email from Cosenza to B. Berkman Re: Fwd: RV: OFICIO TSP-008-2017 Y ORDEN DE COMPRA TSP-001-2017 | |
| 252-A | 2017.05.24 Attachment to Email from Cosenza to B. Berkman Re: Fwd: RV: OFICIO TSP-008-2017 Y ORDEN DE COMPRA TSP-001-2017 | |
| 252-A-T | 2017.05.24 Translation to Attachment to Email from Cosenza to B. Berkman Re: Fwd: RV: OFICIO TSP-008-2017 Y ORDEN DE COMPRA TSP-001-2017 | |
| 253 | 2017.05.26  Email from Marchena to L. Berkman Re: Segunda Operacion | |
| 253-T | 2017.05.26 Translation of Email from Marchena to L. Berkman Re: Segunda Operacion | |
| 253-A | 2017.05.26 Attachment to Email from Marchena to L. Berkman Re: Segunda Operacion | |
| 253-A-T | 2017.05.26 Translation of Attachment to Email from Marchena to L. Berkman Re: Segunda Operacion | |
| 254 | 2017.08.29 Email from Zaglin to Marchena Re: Invoice | |
| 255 | 2017.08.30 Email from Williams to Zaglin and Marchena Re: Invoice | |
| 255-A | 2017.08.30 Attachment to Email from Williams to Zaglin and Marchena Re: Invoice | |
| 256 | 2017.02.09 Email from Marchena to Zaglin Re: Wire-Achieve GEA $198,090.38 | |
| 257 | 2017.12.11 Email from B. Berkman to Edge Re: Honduras commission | |
| 258 | 2017.12.14 Email from Edge to B. Berkman Re: Commission Payment | |
| 259 | 2017.12.26 Email from Edge to B. Berkman Re: Quote Honduras | |
| 260 | 2018.03.22 Email from L. Berkman to Zaglin et al. Re: HNP contract | |
| 261 | 2018.04.20 Email from Cosenza to Edge et al. RE: Cotizacion FINAL Lanzadores y lacrimogenos 12122017 | |
| 261-T | 2018.04.20 Translation of Email from Cosenza to Edge et al. RE: Cotizacion FINAL Lanzadores y lacrimogenos 12122017 | |

| 262 | 2019.04.11 Email from Cosenza to B. Berkman Re: Ponchos | |
| 262-A | 2019.04.11 Attachment to Email from Cosenza to B. Berkman Re: Ponchos | |
| 262-A-T | 2019.04.11 Translation of Attachment to Email from Cosenza to B. Berkman Re: Ponchos | |
| 263 | 2019.06.14 Email from Ortiz to Zaglin et al. Re: Visit to Honduras | |
| 264 | 2019.06.14 Email from Viso to DeHart et al. Re: Fwd: Transferencias | |
| 264-A | 2019.06.14 Attachment to Email from Viso to DeHart et al. Re: Fwd: Transferencias | |
| 264-A-T | 2019.06.14 Translation of Attachment to Email from Viso to DeHart et al. Re: Fwd: Transferencias | |
| 264-B | 2019.06.14 Attachment to Email from Viso to DeHart et al. Re: Fwd: Transferencias | |
| 264-B-T | 2019.06.14 Translation of Attachment to Email from Viso to DeHart et al. Re: Fwd: Transferencias | |
| 265 | 2019.09.08 Email from Ortiz to Zaglin and B. Berkman Re: Presentation of TRU-SPEC in Honduras | |
| 266 | 2019.10.01 Email from Ortiz to Lainez Re: Delegation of Honduras | |
| 267 | 2019.10.02 Email from Ortiz to Zaglin et al. Re: Request for final pricing for Honduras | |
| 268 | 2019.10.13 Email from Ortiz to Parsons et al. Re: Delegation of Honduras to Manufacturer companies | |
| 268-A | 2019.10.13 Attachment to Email from Ortiz to Parsons et al Re: Delegation of Honduras to Manufacturer companies | |
| 268-A-T | 2019.10.13 Translation of Attachment to Email from Ortiz to Parsons et al Re: Delegation of Honduras to Manufacturer companies | |
| 268-B | 2019.10.13 Attachment to Email from Ortiz to Parsons et al Re: Delegation of Honduras to Manufacturer companies | |
| 268-C | 2019.10.13 Attachment to Email from Ortiz to Parsons et al Re: Delegation of Honduras to Manufacturer companies | |
| 269 | 2019.10.18 Email from L. Berkman to Yatsko et al. Re: Honduras | |

| | | |
|---|---|---|
| 270 | 2019.10.18 Email from Ortiz to Gailey Re: Delegation of Honduras | |
| 271 | 2019.10.19 Email from Yatsko to L. Berkman et al. Re: Honduras | |
| 272 | 2019.10.29 Email from Ortiz to Zaglin et al. Re: Honduras National Police Delegation in the U.S.A | |
| 273 | 2019.11.06 Email from DeHart to Ortiz Re: FW: Honduras/HNP TASA | |
| 273-A | 2019.11.06 Attachment to Email from DeHart to Ortiz Re: FW: Honduras/HNP TASA | |
| 274 | 2019.11.06 Email from Ortiz to Zaglin, B. Berkman et al. Re: Honduras Project | |
| 275 | 2019.11.11 Email from Marchena to Cosenza Re: Cuenta Bank of America - DC Investment Ltd | |
| 275-T | 2019.11.11 Translation to email from Marchena to Cosenza Re: Cuenta Bank of America - DC Investment Ltd | |
| 276 | 2019.11.11 Email from Marchena to Cosenza Re: Cuenta Bank of America - DC Investment Ltd | |
| 276-A | 2019.11.11 Attachment to Email from Marchena to Cosenza Re: Cuenta Bank of America - DC Investment Ltd | |
| 276-T | 2019.11.11 Translation to Email from Marchena to Cosenza Re: Cuenta Bank of America - DC Investment Ltd | |
| 277 | 2019.11.14 Email from Ortiz to Zaglin and B. Berkman Re: FW: Cuadro | |
| 277-T | 2019.11.14 Translation to email from Ortiz to Zaglin and B. Berkman Re: FW: Cuadro | |
| 278 | 2019.11.24 Email from Ortiz to L. Berkman et al. Re: Meeting with the Minister on Tuesday, November 26th | |
| 279 | 2019.12.28 Email from L. Berkman to Yatsko Re: INL HN | |
| 280 | 2019.12.28 Email from Yatsko to Kaminsky et al. Re: Email | |
| 281 | 2015.04.02 Email from DeHart to Simpson Re: TPG & Atlanco Meeting Notes | |
| 282 | 2015.10.06 Email from Zaglin to Simpson Re: 10.06.2015 Agreement Final.docx | |
| 282-A | 2015.10.06 Attachment to Email from Zaglin to Simpson Re: 10.06.2015 Agreement Final.docx | |

| | | |
|---|---|---|
| 283 | 2015.09.18 Email from Simpson to Zaglin Re: Draft Memorandum + Latest Waterfall | |
| 283-A | 2015.09.18 Attachment to Email from Simpson to Zaglin Re: Draft Memorandum + Latest Waterfall | |
| 283-B | 2015.09.18 Attachment to Email from Simpson to Zaglin Re: Draft Memorandum + Latest Waterfall | |
| 284 | 2015.10.02 Email from Simpson to Zaglin Re: Contract | |
| 285 | 2016.03.07 Email from Marchena to Zaglin Re: Information | |
| 286 | 2016.01.04 Email from Zaglin to L. Berkman Re: FW: Guatemala | |
| 287 | 2017.03.17 Email from Berkman to Cosenza TASA and Payments | |
| 288 | 2015.10.16 Email from DeHart to Zaglin RE:HN | |
| 289 | 2015.08.26 Email from DeHart to Haygood FW: HNP DELIVERY UPDATE | |
| 289-A | 2015.08.26 Attachment to Email from DeHart to Haygood FW: HNP DELIVERY UPDATE | |
| 290 | 2019.08.05 Email from Viso to DeHart Re: Atlanco: TASA Contracts | |
| 290-A | 2019.08.05 Attachment to Email from Viso to DeHart Re: Atlanco: TASA Contracts | |
| 290-B | 2019.08.05 Attachment to Email from Viso to DeHart Re: Atlanco: TASA Contracts | |
| 291 | 2015.10.15 Email from Marchena to Zaglin Re: Bank Wire Instructions | |
| 292 | 2015.10.27 Email from DeHart to B. Berkman Re: Guest Bill Enclosed | |
| 293 | 2015.12.22 Email from Cosenza to L. Berkman Re: WT from TASA | |
| 294 | 2019.12.10 Email from L. Berkman to Gailey Re: Fwd: FW: Meetings With The Minister Pacheco/President of Honduras | |
| 295 | 2019.08.23 Email from Ortiz to Zaglin Re: Honduras Project - Visit to the Minister of Public Safety | |
| 296 | 2019.09.08 Email from Ortiz to Parsons et al. Re: Binder for Presentation in Honduras | |

| | | |
|---|---|---|
| 297 | 2019.10.19 Email from renderle@aristaas.com to Ortiz Re: Delegation of Honduras | |
| 297-A | 2019.10.19 Attachment #1 to Email from renderle@aristaas.com and Galley to Ortiz Re: Delegation of Honduras | |
| 297-B | 2019.10.19 Attachment #2 to Email from renderle@aristaas.com to Ortiz and Galley Re: Delegation of Honduras | |
| 297-C | 2019.10.19 Attachment #3 to Email from renderle@aristaas.com to Ortiz and Galley Re: Delegation of Honduras | |
| 297-D | 2019.10.19 Attachment #4 to Email from renderle@aristaas.com to Ortiz and Galley Re: Delegation of Honduras | |
| 297-E | 2019.10.19 Attachment #5 to Email from renderle@aristaas.com to Ortiz and Galley Re: Delegation of Honduras | |
| 297-F | 2019.10.19 Attachment #6 to Email from renderle@aristaas.com to Ortiz and Galley Re: Delegation of Honduras | |
| 297-G | 2019.10.19 Attachment #7 to Email from renderle@aristaas.com to Ortiz and Galley Re: Delegation of Honduras | |
| 299 | 2015.11.10 Email from L. Berkman to Zaglin Re: Honduras | |
| 300 | 2015.09.09 Email from Marchena to Zaglin Re: Meeting in Miami | |
| 301 | 2019.10.29 Email from Yatsko to Marziale Re: FW: Honduras National Police Delegation in the U.S.A. | |
| 302 | 2017.03.22 Email from Zaglin to DeHart Re: TASA | |
| 303 | 2017.03.27 Email from L. Berkman to Zaglin Re: WT | |
| 304 | 2016.11.14 Email from L. Berkman to Zaglin et al. Re: Fwd: Adquisicion de uniformes Policia Nacional | |
| 305 | 2016.05.09 Email from L. Berkman to Zaglin Re: Anything new on HN contract | |
| 306 | 2017.03.07 Email from L. Berkman to Zaglin Re: Update request. | |
| 307 | 2019.10.22 Email from L. Berkman to Marziale Re: south comm / fla | |

| 308 | 2016.11.29 Email from L. Berkman to Zaglin et al. Re: FW: Transferencia | |
| 309 | 2016.11.30 Email from L. Berkman to Zaglin Re: fw | |
| 309-A | 2016.11.30 Attachment to Email from L. Berkman to Zaglin Re: fw | |
| 310 | 2017.03.10 Email from L. Berkman to Haygood Re: HNP | |
| 311 | 2017.03.23 Email from L. Berkman to Zaglin et al. Re: TASA | |
| 312 | 2015.09.02 Email from L. Berkman to Zaglin Re: FW: Achieve Capital - AML Policy | |
| 312-A | 2015.09.02 Attachment to Email from L. Berkman to Zaglin Re: FW: Achieve Capital - AML Policy | |
| 313 | 2015.09.17 Email from Marchena to Zaglin Re: Achieve GEA - Broker Agreement | |
| 313-A | 2015.09.17 Attachment to Email from Marchena to Zaglin Re: Achieve GEA - Broker Agreement | |
| 314 | 2015.11.24 Email from Zaglin to L. Berkman Re: Hi | |
| 315 | 2015.11.05 Email from Zaglin to L. Berkman Re: Today | |
| 317 | 2015.09.10 Email from Zaglin to Berkman Re: FW: update | |
| 318 | 2015.09.22 Email from Zaglin to Berkman Re: here is the draft we discussed based on what you and I have discussed | |
| 319 | 2016.06.06 Email from L. Berkman to Zaglin Re: Good morning. | |
| 320 | 2017.04.28 Email from L. Berkman to Zaglin Re: Aldo | |
| 321 | 2015.06.19 Email from Haygood to Zaglin Re: FW: Atlanco-TPG Honduras Payment Waterfall - 6.19.xlsx | |
| 321-A | 2015.06.19 Attachment to Email from Haygood to Zaglin FW: Atlanco-TPG Honduras Payment Waterfall - 6.19.xlsx | |
| 322 | 2017.03.27 Email from L. Berkman to Zaglin Re: WT | |
| 323 | 2015.10.05 Email from Haygood to Zaglin Re: FW: Honduras Updater | |

| | | |
|---|---|---|
| 324 | 2015.10.04 Email from Haygood to Zaglin Re: Atlanco TPG Honduras Waterfall - 8.14.2015.xlsx | |
| 324-A | 2015.10.04 Attachment to Email from Haygood to Zaglin Re: Atlanco TPG Honduras Waterfall - 8.14.2015.xlsx | |
| 325 | 2016.10.24 Email from Haygood to DeHart Re: FCPA | |
| 325-A | 2016.10.24 Attachment to Email from Haygood to DeHart Re: FCPA | |
| 326 | 2017.09.28 Email from Zaglin to L. Berkman Re: FW: Alere pays $13 million to resolve accounting fraud and FCPA offenses | |
| 326-A | 2017.09.28 Email from Zaglin to L. Berkman Re: FW: Alere pays $13 million to resolve accounting fraud and FCPA offenses - Redacted | |
| 327 | 2016.11.14 Email from DeHart to Zaglin Re: Wire Clarification | |
| 328 | 2017.07.06 Email from L. Berkman to Carl Zaglin FW: Esto es lo que necesito | |
| 329 | 2016.03.08 Email Zaglin to Haygood Fwd: Invoice | |
| 329-A | 2016.03.08 Attachment to Email from Zaglin to Haygood Re: Fwd: Invoice | |
| 330 | 2016.01.12 Email from Zaglin to Haygood and jcummins@atlanco.com Re: FW: Wire instruction confirmation | |
| 331 | 2016.02.25 Email from Zaglin to Haygood Re: Fwd: Invoice | |
| 331-A | 2016.02.25 Email from Zaglin to Haygood Re: Fwd: Invoice | |
| 332 | 2016.02.25 Email from Zaglin to Haygood Re: Fwd: Invoice | |
| 332-A | 2016.02.25 Attachment to Email from Zaglin to Haygood Re: Fwd: Invoice | |
| 333 | 2016.03.11 Email from Zaglin to Haygood Re: Video Call Wire Confirmation | |
| 334 | 2017.04.27 Email from Zaglin to Haygood Re: FW: Invoice | |
| 334-A | 2017.04.27 Attachment to Email from Zaglin to Haygood Re: FW: Invoice | |

| | | |
|---|---|---|
| 335 | 2015.09.02 Email from Zaglin to Kane Re: yes I can talk to Scott | |
| 336 | 2016.11.14 Email from DeHart to Zaglin Re: Wire Clarification | |
| 337 | 2016.11.29 Email from L. Berkman to Zaglin Re: FW: Transferencia | |
| 337-T | 2016.11.29 Translation of Email from Berkman Re: FW: Transferencia | |
| 338 | 2015.09.16 Email from Zaglin to L. Berkman Re: FW:Meeting in Miami | |
| 339 | 2015.11.24 Email from DeHart to Haygood Re: FW: HNP Contract payment | |
| 340 | 2016.01.13 Email from Zaglin to Haygood Re: Invoice copies needed | |
| 341 | 2018.01.28 Email from L. Berkman to Zaglin Re: HN | |

| PHONE DATA | | |
|---|---|---|
| 400 | Molina and Cosenza Chat | |
| 400-A | Extract #1 of Molina and Cosenza Chat | |
| 400-A-T | Translation of Extract #1 of Molina and Cosenza Chat | |
| 400-B | Extract #2 of Molina and Cosenza Chat | |
| 400-B-T | Translation of Extract #2 of Molina and Cosenza Chat | |
| 400-C | Extract #3 of Molina and Cosenza Chat | |
| 400-C-T | Translation of Extract #3 of Molina and Cosenza Chat | |
| 400-D | Extract #4 of Molina and Cosenza Chat | |
| 400-D-T | Translation of Extract #4 of Molina and Cosenza Chat | |
| 401 | L. Berkman and Zaglin Chat 1 | |
| 402 | B. Berkman and Zaglin Chat | |
| 403 | L. Berkman and Zaglin Chat 2 | |
| 404 | L. Berkman and Zaglin Chat 3 | |
| 405 | Zaglin Device Report | |
| 406 | L. Berkman and Zaglin Chat | |
| 407 | Bryan Berkman iPhone 1 | |
| 408 | B. Berkman and Cosenza Chat Excerpt #1 | |
| 408-T | Translation of B. Berkman and Cosenza Chat Excerpt #1 | |

| | | |
|---|---|---|
| 409 | L. Berkman and B. Berkman Chat Excerpt #1 | |
| 409-T | Translation of L. Berkman and B. Berkman Chat Excerpt #1 | |
| 410 | B. Berkman and Marchena Chat Excerpt | |
| 410-T | Translation of B. Berkman and Marchena Chat Excerpt | |
| 411 | L. Berkman and B. Berkman Chat Excerpt #2 | |
| 411-T | Translation of L. Berkman and B. Berkman Chat Excerpt #2 | |
| 412 | L. Berkman and Cosenza Chat | |
| 412-T | Translation of L. Berkman and Cosenza Chat | |
| 413 | Marchena and Cosenza Chat | |
| 414 | Marchena and Cosenza Chat Excerpt #1 | |
| 414-T | Translation of Marchena and Cosenza Chat Excerpt #1 | |
| 415 | Marchena and Cosenza Chat Excerpt #2 | |
| 415-T | Translation of Marchena and Cosenza Chat Excerpt #2 | |
| 416 | B. Berkman and Cosenza Chat #2 | |
| 417 | Cosenza and Pacheco Chat | |
| 417-T | Translation of Cosenza and Pacheco Chat Excerpts | |
| 418 | L. Berkman and Cosenza Chat #2 | |
| 418-T | Translation of L. Berkman and Cosenza Chat #2 Excerpts | |
| 419 | Cosenza and Ortiz Chat #1 | |
| 419-T | Translation of Cosenza and Ortiz Chat #1 | |

| 420 | Cosenza and Ortiz Chat #2 | |
| 420-T | Translation of Cosenza and Ortiz #2 | |

| BANK RECORDS | | |
|---|---|---|
| 600 | ACG Accounts Inc (Account x2228) Composite | |
| 600-A | x2228 Transactions 01/01/2015 - 12/22/2022 | |
| 600-B | ACG Accounts Inc (Account x2228) | |
| 601 | Achieve Capital Group LLC (Account x9360) Composite | |
| 601-A | x9360 Wires Excel | |
| 601-B | Achieve Capital Group LLC (Account x9360) | |
| 602 | Achieve Capital LLC (Account x7793) Composite | |
| 602-A | Achieve Capital LLC (Account x7793) | |
| 603 | Achieve Capital Real Estate LLC (Account x5146) Composite | |
| 603-A | Achieve Capital Real Estate LLC (Account x5146) | |
| 604 | Achieve GEA LLC (Account x7803) Composite | |
| 604-A | x7803 Wires 1/1/2015 - 1/30/2023 | |
| 604-B | Achieve GEA LLC (Account x7803) | |
| 604-C | Achieve GEA LLC (Account x7803) | |
| 604-D | Achieve GEA LLC (Account x7803) | |
| 604-E | Achieve GEA LLC (Account x7803) | |
| 604-F | Achieve GEA LLC (Account x7803) | |
| 604-H | Achieve GEA LLC (Account x7803) | |

| | | |
|---|---|---|
| 604-I | Achieve GEA LLC (Account x7803) | |
| 604-J | Achieve GEA LLC (Account x7803) | |
| 604-K | Achieve GEA LLC (Account x7803) | |
| 604-L | Achieve GEA LLC (Account x7803) | |
| 604-M | Achieve GEA LLC (Account x7803) | |
| 605 | Achieve GEA, LLC (Account x6447) Composite | |
| 605-A | Achieve GEA, LLC (Account x6447) | |
| 605-B | Achieve GEA, LLC (Account x6447) | |
| 605-C | Achieve GEA, LLC (Account x6447) | |
| 605-D | Achieve GEA, LLC (Account x6447) | |
| 606 | Atlanco LLC (Account x4015) Composite | |
| 606-A | x4015 Fed Wires Details | |
| 606-B | x4015 Fed Wires Details | |
| 606-C | x4015 Atlanco Account Statement | |
| 606-D | x4015 Fed Wire Details (Row 278 and 279) | |
| 607 | Atlanco LLC (Account x6772) Composite | |
| 607-A | Atlanco LLC (Account x6772) | |
| 607-B | Atlanco LLC (Account x6772) | |
| 607-C | Atlanco LLC (Account x6772) | |
| 607-D | Atlanco LLC (Account x6772) | |

| 607-E | Atlanco LLC (Account x6772) | |
|---|---|---|
| 607-F | Atlanco LLC (Account x6772) | |
| 607-G | Atlanco LLC (Account x6772) | |
| 607-H | Atlanco LLC (Account x6772) | |
| 607-I | Atlanco LLC (Account x6772) | |
| 607-J | Atlanco LLC (Account x6772) | |
| 607-K | Atlanco LLC (Account x6772) | |
| 607-L | Atlanco LLC (Account x6772) | |
| 607-M | Atlanco LLC (Account x6772) | |
| 607-N | Atlanco LLC (Account x6772) | |
| 607-O | Atlanco LLC (Account x6772) | |
| 607-P | Atlanco LLC (Account x6772) | |
| 607-Q | Atlanco LLC (Account x6772) | |
| 607-R | Atlanco LLC (Account x6772) | |
| 607-S | Atlanco LLC (Account x6772) | |
| 607-T | Atlanco LLC (Account x6772) | |
| 608 | Atlanco, LLC (Account x2837) Composite | |
| 608-A | Atlanco, LLC (Account x2837) | |
| 609 | Banco Central De Honduras (Account x8996) Composite (Please refer to this version as the previous version was missing documents) | |

| | | |
|---|---|---|
| 609-A | Banco Central De Honduras (Account x8996) | |
| 609-B | Banco Central De Honduras (Account x8996) | |
| 609-C | Banco Central De Honduras (Account x8996) | |
| 609-D | Banco Central De Honduras (Account x8996) | |
| 609-E | Banco Central De Honduras (Account x8996) | |
| 609-F | Banco Central De Honduras (Account x8996) | |
| 609-G | Banco Central De Honduras (Account x8996) | |
| 609-H | Banco Central De Honduras (Account x8996) | |
| 609-I | Banco Central De Honduras (Account x8996) | |
| 609-J | Banco Central De Honduras (Account x8996) | |
| 609-K | Banco Central De Honduras (Account x8996) | |
| 609-L | Banco Central De Honduras (Account x8996) | |
| 609-M | Banco Central De Honduras (Account x8996) | |
| 609-N | Banco Central De Honduras (Account x8996) | |
| 615 | DC Investment Holdings Inc (Account x3264) Composite | |
| 615-A | DC Investment Holdings Inc (Account x3264) | |
| 615-B | DC Investment Holdings Inc (Account x3264) | |
| 615-C | DC Investment Holdings Inc (Account x3264) | |
| 615-D | DC Investment Holdings Inc (Account x3264) | |
| 616 | International Defense Group Inc (Account x6050) Composite | |

| | | |
|---|---|---|
| 616-A | x6050 Wires 1/2015 - 5/2023 | |
| 617 | Invx Global Group Inc (x7737) Composite | |
| 617-A | Invx Global Group Inc (x7737) | |
| 621 | Scientific Engineering LLC (Account x7915) Composite | |
| 621-A | x7915 Wires from 1/2015 - 9/2023 | |
| 621-B | Scientific Engineering LLC (Account x7915) | |
| 622 | Sky Max Leasing Corp. (Account x1951) (Molina) Composite | |
| 622-A | Sky Max Leasing Corp. (Account x1951) (Molina) | |
| 622-B | Sky Max Leasing Corp. (Account x1951) (Molina) | |
| 622-C | Sky Max Leasing Corp. (Account x1951) (Molina) | |
| 622-D | Sky Max Leasing Corp. (Account x1951) (Molina) | |
| 623 | Wells Fargo Bank (Loan 0345659114) Composite | |
| 626 | Francisco Cosenza (Account WF x7734 and x6281) Composite | |
| 626-A | x7734 Statement 2019 | |
| 626-B | x7734 Statement 2016 | |
| 628 | Sky Max Leasing Corp. Statements (Account x1951) (Molina) | |
| 628-A | x1951 Statement 2017 | |

| SUMMARY EXHIBITS | | |
|---|---|---|
| 650 | Summary of Accounts | |
| 651 | Summary of TASA Payments to Atlanco (Flow 1) | |
| 652 | Summary of TASA Payments to Atlanco and Atlanco Payments to Achieve (Flows 1 & 2) | |
| 653 | Payments from Achieve, Invx Global, and Scientific Engineering to Cosenza (Flow 3) | |
| 654 | Payments from Achieve to Molina (Flow 4) | |
| 655 | Payments from Achieve to Nativi (Flow 5) | |
| 656 | Summary of Relevant Transactions | |
| 657 | Overt Acts | |
| 658 | Summary of Invoices and credit memos from Atlanco to TASA | |
| 659 | Summary of Invoices from Achieve to Atlanco | |
| 660 | Summary of Payments from Atlanco to Achieve | |
| 661 | Payment to J. Nativi | |

| MISCELLANEOUS | | |
|---|---|---|
| 700 | Letter re. Juan Ramon Molina Rodriguez | |
| 702 | Hard Copy Atlanco Documents Folder 6 | |
| 703 | Hard Copy Atlanco Documents Folder 10 | |
| 704 | Selected Hard Copy Atlanco Documents Folder 42 | |
| 707 | Selected Hard Copy Atlanco Documents Folder 36 | |
| 708 | Selected Hard Copy Atlanco Documents Folder 7 | |
| 709 | Hard Copy Atlanco Documents Folder 28 | |
| 710 | Hard Copy Atlanco Documents Folder 26 | |
| 711 | Hard Copy Atlanco Documents Folder 22 | |
| 712 | Hard Copy Atlanco Documents Folder 15 | |
| 713 | 11.30.2016 Zaglin to L. Berkman fw (Hard Copy) | |
| 714 | 11.21.2019 L. Berkman to Dehart, Paul. Marziale, Zaglin TASA (Hard Copy) | |
| 715 | 04.25.2019 L. Berkman to Zaglin, Dehart Government Programs (Hard Copy) | |
| 716 | 9/1/2015 Report on Achieve Capital, LLC | |
| 717 | Haygood Handwritten Notes | |
| 718 | SD Card Cellebrite Report | |
| 719 | SD Card Picture | |
| 721 | TASA Org Chart | |

| | | |
|---|---|---|
| 721-T | Translation of TASA Org Chart | |
| 722 | Handwritten Notes from Zaglin's Office | |
| 723 | L. Berkman Employment Agreement with Atlanco | |
| 724 | Atlanco Entity Structure Diagram | |
| 725 | 2016.03.10 Email from Williams to Zaglin with Handwritten Notes | |
| 726 | January 30, 2012, Appointment of G. Salgado to TASA | |
| 726-T | Translation to January 30, 2012, Appointment of G. Salgado to TASA | |
| 727 | Signed Special Power of Attorney Letter | |
| 728 | Due Diligence Report | |
| 729 | Zaglin Passport Application 2009 | |
| 730 | Stipulation - Atlanco Records | |
| 731 | Stipulation - Yahoo Records | |
| 732 | Stipulation - Google Records | |
| 733 | Stipulation - Bank Records | |
| 734 | Stipulation - Translations | |

LORINDA I. LARYEA
ACTING CHIEF, FRAUD SECTION
CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

BY:   \_\_\_\_\_/s/_____

Peter L. Cooch
Clayton Solomon
Trial Attorneys
1400 New York Avenue, NW
Washington, DC 20005
(202) 924-6259
Email: Peter.Cooch@usdoj.gov
Email: Clayton.Solomon@usdoj.gov

BY:   \_\_\_\_\_/s/_____

Eli S. Rubin
Assistant United States Attorney
Court ID No. A5503535
99 N.E. 4th Street
Miami, Florida 33132
(305) 961-9247
Email: Eli.Rubin@usdoj.gov