UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA            CASE NO. 23-20454-CR-JB

vs.

**CARL ALAN ZAGLIN,**

   **Defendant.**
_____/

**AGREED ORDER AUTHORIZING THE USE OF
COMPUTER IN THE COURTROOM DURING TRIAL**

**THIS MATTER** is before the Court upon unopposed request by counsel of Defendant, **CARL ALAN ZAGLIN**, to bring and use a notebook computer during the trial in this cause. The Court, finding that counsel for the Defendant has provided a sufficient basis for the need of a computer for use during trial, and the Court being satisfied that both counsel and Defendant are familiar with and will abide by the United States Marshals Service's rules governing the possession and use of computers in a federal facility, it is therefore,

**ORDERED AND ADJUDGED** that counsel for the above-named Defendant is hereby **AUTHORIZED** and permitted to bring computer equipment into the Wilkie D. Ferguson, Jr. U.S. Courthouse 400 North Miami Avenue, Miami, FL 33128, for use during the trial in this cause, said trial to begin on Tuesday, September 2nd, 2025.

It shall be expressly understood by the attorney herein listed that this authorization is effective only for the time period in which this case is actively in progress and that the computer specified shall only be used in relation to these proceedings and in the locations above-named. It is further understood that any equipment brought into these locations shall be subject to a security inspection by the United States Marshals Service or the Court Security Officers, at any time, as shall be deemed necessary for the safety and security of the public and all parties to these proceedings.

**DONE AND ORDERED** in chambers this 29th day of August 2025.

_____
JACQUELINE BECERRA
United States District Judge

cc:   All Counsel of Record