UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **23-20454-CR-BECERRA**

UNITED STATES OF AMERICA

v.

CARL ALAN ZAGLIN,

   Defendant.

_____ /

### DEFENDANT ZAGLIN'S MOTION FOR ISSUANCE OF A WRIT OF *HABEAS CORPUS AD TESTIFICANDUM*

Defendant Carl Zaglin respectfully moves the Court to issue a Writ of *Habeas Corpus ad Testificandum* to the United States Marshals Service to produce Danny Angel Rodriguez, a prisoner of the United States Bureau of Prisons (BOP), BOP Register Number 48128-004, who is currently in custody at the Miami Federal Detention Center (FDC), 33 Northeast 4th Street, Miami, Dade County, Florida 33132, to the Wilkie D. Ferguson, Jr., United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128 (U.S. Courthouse), Courtroom 11-4, on Friday, April 17, 2026, at 8:30 a.m., Eastern Standard Time, to be called as a witness for Defendant.

The Court has set a hearing on Defendant's Second Motion for New Trial, Doc. # 311, on the date and at the time stated above, Doc. # 345. Defendant's Second Motion for New Trial is based entirely upon statements by Danny Angel Rodriguez.

1

Danny Angel Rodriguez is therefore a necessary and material witness for the hearing on Defendant's Second Motion for New Trial. The Court possesses the authority under both statute and common law to issue a writ of habeas corpus ad testificandum to direct the custodian of a witness to permit or bring the witness to appear at a proceeding and give testimony. *See Barber v. Page*, 390 U.S. 719, 724 (1968) (noting that "federal courts [have] the power to issue writs of *habeas corpus ad testificandum*" in "case of a prospective witness currently in federal custody" where testimony is necessary). A proposed Writ of *Habeas Corpus ad Testificandum* is attached as Exhibit 1.

Therefore, based upon the grounds set forth herein, Defendant Carl Zaglin respectfully prays that the Court issue a Writ of *Habeas Corpus ad Testificandum* to the United States Marshals Service to produce Danny Angel Rodriguez, a prisoner of the United States Bureau of Prisons (BOP), BOP Register Number 48128-004, who is currently in custody at the Miami Federal Detention Center, 33 Northeast 4th Street, Miami, Dade County, Florida 33132, to the Wilkie D. Ferguson, Jr., United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128, Courtroom 11-4, on Friday, April 17, 2026, at 8:30 a.m., Eastern Standard Time, to be called as a witness for Defendant.

Respectfully submitted, this 23rd day of March, 2026.

ROBERT M. PEREZ, P.A.
3162 Commodore Plaza, Suite 3E
Coconut Grove, Florida 33133
(305) 598-8889 - Office
E-mail: rperez@rmplawpa.com

S/Robert M. Perez.................
ROBERT M. PEREZ
Florida Bar Number: 477494

/s/ Craig A. Gillen_____
Craig A. Gillen, Esq.
/s/ Anthony C. Lake_____
Anthony C. Lake, Esq.
GILLEN LAKE & CLARK LLC
400 Galleria Parkway
Suite 1920
Atlanta, Georgia 30339
Telephone: (404) 842-9700
Fax: (404) 842-9750
Email: cgillen@glcfirm.com
aclake@glcfirm.com

Counsel for Mr. Carl Zaglin

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed

electronically via CM/ECF on this 23rd day of March, 2026.

ROBERT M. PEREZ, P.A.
3162 Commodore Plaza, Suite 3E
Coconut Grove, Florida 33133
(305) 598-8889 - Office
E-mail: rperez@rmplawpa.com

S/Robert M. Perez..................
ROBERT M. PEREZ
Florida Bar Number: 477494

Counsel for Mr. Carl Zaglin

4

# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## Case No. <u>23-20454-CR-BECERRA</u>

**UNITED STATES OF AMERICA**

v.

**CARL ALAN ZAGLIN,**

    DEFENDANT.

_____ /

## <u>ORDER AND WRIT OF *HABEAS CORPUS AD TESTIFICANDUM*</u>

To:    Warden E.K. Carlton
        Miami Federal Detention Center
        33 Northeast 4th Street
        Miami, Florida 33132

        Acting or Interim United States Marshal
        Wilkie D. Ferguson, Jr., United States Courthouse,
        400 North Miami Avenue
        6th Floor
        Miami, Florida 33128

Danny Angel Rodriguez, a prisoner of the United States Bureau of Prisons (BOP), BOP Register Number 48128-004, who is currently in custody at the Miami Federal Detention Center (FDC), 33 Northeast 4th Street, Miami, Dade County, Florida 33132, to the Wilkie D. Ferguson, Jr., United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128, is a necessary and material witness for a hearing in this action to be held on Friday, April 17, 2026, at 8:30 a.m., Eastern Standard Time, in Courtroom 11-4 of the Wilkie D. Ferguson, Jr., United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128. Accordingly, it is hereby **ORDERED**:

    1.    That the Warden of Miami FDC produce Danny Angel Rodriguez on Friday, April 17, 2026, at 8:30 a.m., Eastern Standard Time, in Courtroom 11-

4 of the Wilkie D. Ferguson, Jr., United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128; and

2.      That the United States Marshals Service transport Danny Angel Rodriguez to appear in Courtroom 11-4 of the Wilkie D. Ferguson, Jr., United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128, by 8:30 a.m., Eastern Standard Time, on April 17, 2026, and return the inmate to Miami FDC upon satisfaction of this writ.

**DONE AND ORDERED**, in Miami, Florida, on _____, _____.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**